# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE, | )  1:13-cv-00052-BAM (PC) |
| Plaintiff, | )  ORDER DISMISSING ACTION FOR |
| | )  FAILURE TO STATE A CLAIM AND FOR |
| v. | )  FAILURE TO OBEY A COURT ORDER |
| STEBBINO, et al., | )  (ECF No. 6) |
| Defendants. | ) |

Plaintiff Richard Earl George ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on January 14, 2013.  Plaintiff consented to the jurisdiction of the Magistrate Judge.  (ECF No. 5.)

On February 14, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim, with leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **March 24, 2014**                    /s/ Barbara A. McAuliffe

                                   UNITED STATES MAGISTRATE JUDGE